| Form 668 (Y)(c)<br>(Rev. October 1998) | 1017 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| District<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>(615) 250-5931 | | Serial Number<br>620164672 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

State of Tennessee, County of SEVIER
Received for record the 29 day of NOV 2001 at 11:40 AM, (SEAL 1952)
Recorded in official records
Book 1234  Pages 789- 790
Notebook  57  Page  399
State Tax $   .00  Clerks Fee $   .00
Recording $ 10.00  Total $   10.00
Register of Deeds SHERRY ROBERTSON
Deputy Register ANNETTE

Name of Taxpayer:  JIMMIE D & PAMELA A ROSS

Residence:  230 LEXINGTON PL
SEVIERVILLE, TN 37862-4420

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1999 | 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 | 11/06/2000 | 12/06/2010 | 178337.16 |

Place of Filing:
Register of Deeds
Sevier County
Sevierville, TN 37862

Total $ 178337.16

This notice was prepared and signed at Nashville, TN, on this, the 22nd day of May, 2001.

BK 1234  PG 790

Signature: for SHIRLEY WRIGHT /s/
Title: Revenue Officer (865) 545-4451
62-01-

NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409

PART 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-98)

06 0963
FILED
MAY 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: December 07, 2004

Jimmie D Ross
230 Lexington Pl
Sevierville, TN 37862-4420

Dear Mr. Ross:

I received your letter in regard to the letter 1058 I sent you. I am not sure if you are requesting a collection due process hearing or not. You do not reference the form 12153 in your letter nor are you addressing an appeal. If this is what you are asking for then please complete the form 12153 to request a Collection Due Process Hearing with Appeals. If not then I will be continuing with collection on December 30, 2004.

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

    Internal Revenue Service
    710 Locust Street Suite 400

    Knoxville, Tennessee 37902

    Phone#: 865-545-4451 X 284
    Fax#: 865-545-4465

Sincerely,

Sara Wright
Revenue Officer
Employee ID#: 62-03135



Department of the Treasury
Internal Revenue Service
Memphis, TN 37501-0010

For assistance, call:
1-800-829-8374

Your Caller ID: 884536

Notice Number: CP22E
Date: November 15, 2004

Taxpayer Identification Number:
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
Tax Form: 1040A
Tax Year: December 31, 2002

024288.163183.0111.003 2 MB 0.534 1009

JIMMIE D ROSS
230 LEXINGTON PL
SEVIERVILLE   TN   37862-4420301



024288

| Amount You Owe as of: December 6, 2004 |
|---|
| $12,168.00 |

## We Changed Your Account

*We will explain why you received this notice, how we changed your account, how this change affects you, and actions you may wish to take.*

### Why You Received This Notice

We changed your 2002 federal income tax return because of your recent audit. Please see your copy of the report for a detailed explanation. As a result of the audit you owe an additional amount.

### How We Changed Your Account

We changed your account as follows:

| Account balance before the audit | None |
|---|---|
| Increase in tax because of audit | $8,423.00 |
| Additional late payment penalty since prior notice | $800.18 |
| Filing Late penalty added | $1,895.18 |
| Estimated Tax penalty added | $281.47 |
| Interest charged | $768.17 |
| Amount you now owe | $12,168.00 |

### How This Affects You

Please pay the full amount by December 6, 2004 to avoid additional penalty and interest. When making your payment:

- Make your check or money order payable to the **United States Treasury**
- Write the Social Security number and tax year shown at the top of this notice on the check or money order
- Use the payment coupon included with this notice

If you cannot pay the balance in full, contact an IRS representative at 1-800-829-8374 to discuss payment

Internal Revenue Service                                        Department of the Treasury
710 LOCUST STREET - SUITE 400
MDP 88
KNOXVILLE, TN 37902

                                                     Letter Number:  3174 (P)

                                                     Letter Date:
                                                        11/08/2004
                                                   Social Security or
                                                   Employer Identification Number

JIMMIE D ROSS                              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   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
230 LEXINGTON PL                           IRS Employee to Contact:
SEVIERVILLE, TN 37862-4420                 SARA WRIGHT
                                                   Employee Identification Number:
                                                   62-03135
                                                   Contact Telephone Number:
                                                 (865)545-4451x284

    Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

    To prevent collection action, please pay the amount you owe, now. Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

    If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may fill out Form 9423, Collection Appeals Request, to ask for Appeals consideration.

    The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
    We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

    Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
    We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

    If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

                                                            Sincerely yours,

                                                           SARA WRIGHT
                                                           REVENUE OFFICER