Internal Revenue Service

Department of the Treasury

710 LOCUST STREET - SUITE 400
MDP 88
KNOXVILLE, TN 37902

**Letter Date:**
11/08/2004
**Social Security or**
**Employer Identification Number:**
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
**IRS Employee to Contact:**
SARA WRIGHT
**Employee Identification Number:**
62-03135
**Contact Telephone Number:**
(865)545-4451x284
**For Account of:**
JIMMIE D ROSS

CERTIFIED MAIL - RETURN RECEIPT

JIMMIE D ROSS
230 LEXINGTON PL
SEVIERVILLE, TN 37862-4420

## FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
#### *PLEASE RESPOND IMMEDIATELY*

Your Federal tax is still not paid. We previously asked you to pay this, but we still haven't received your payment. This letter is your notice of our intent to levy under Internal Revenue Code (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has a right to your current assets, including any assets you acquire after we file the lien.

If you don't pay the amount you owe, make alternative arrangements to pay, or request Appeals consideration within 30 days from the date of this letter, we may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We've enclosed Publication 594 with more information, Publication 1660 explaining your right to appeal, and Form 12153 to request a Collection Due Process Hearing with Appeals.

To prevent collection action, please send your full payment today. Make your check or money order payable to U.S. Treasury. Write your social security number or employer identification number on your payment. Send your payment to us in the enclosed envelope with a copy of this letter. The amount you owe is shown on the next page.

If you have recently paid this tax or you can't pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

**To ensure that you and your spouse receive this letter, we are sending a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe should be paid only once.**

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we've received since we sent our last notice to you.

Letter 1058A (DO) (Rev. 7-2003)
Catalog Number: 37067H

## Interest - Internal Revenue Code Section 6601

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

## Paying Late - Internal Revenue Code Section 6651(a)(2)

We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown above.

Sincerely yours,

SARA WRIGHT
REVENUE OFFICER

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | $31204.69 | $1116.88 | $713.95 | $33035.52 |
| | | | | Total: | $33035.52 |

Enclosures:
Copy of this letter
Pub. 594
Pub. 1660
Form 12153

Page 2

Letter 1058A (DO) (Rev. 7-2003)
Catalog Number: 37067H