UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES GOVERNMENT,<br><br>    Defendant. | Civil Action No.  06-0963 (JDB) |

## ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE

This action is one of more than seventy cases in which dozens of individuals across the nation have submitted (in a pro se capacity) substantially similar filings to this Court, asserting that they are entitled to damages pursuant to the Taxpayer Bill of Rights ("TBOR") for alleged misconduct by the Internal Revenue Service ("IRS") in the collection of taxes.  See 26 U.S.C. § 7433.  In other cases, a recurring pattern has been a failure by the plaintiffs to exhaust their administrative remedies pursuant to 26 C.F.R. § 301.7433-1 before filing suit in this Court.  See, e.g., Jaeger v. United States, Civil Action No. 00-0625, 2006 U.S. Dist. LEXIS 34012 (D.D.C. May 24, 2006); Evans v. United States, -- F. Supp. 2d --, 2006 WL 1174481 (D.D.C. May 4, 2006); Masterson v. United States, Civil Action No. 05-1807, 2006 WL 1102802 (D.D.C. April 26, 2006); Turner v. United States, Civil Action No. 05-1716, -- F. Supp. 2d --, 2006 WL 1071852 (D.D.C. Apr. 24, 2006); Pierce v. United States, Civil Action No. 06-0320 (D.D.C. Mar. 31, 2006); Koerner v. United States, Civil Action No. 06-0024 (D.D.C. Mar. 31, 2006). The plaintiffs in this case have filed a complaint that is indistinguishable from those filed by the plaintiffs in earlier cases, and their complaint fails to explain how plaintiffs have complied with

the procedures set forth in 26 C.F.R. § 301.7433-1 and reiterated in cases like Jaeger, Evans, Masterson, and Turner.  Instead, the complaint alleges that plaintiffs should be excused from complying with the exhaustion requirement -- a position that has been squarely rejected in Jaeger, Evans, and other cases.  See Jaeger, 2006 U.S. Dist. LEXIS 34012, at *8-9; Evans, 2006 WL 1174481, at *2-3.  Accordingly, it is this 31st day of May, 2006, hereby

**ORDERED** that plaintiffs shall, by not later than June 21, 2006, submit a Memorandum to show cause why the Court should not dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted due to a failure to exhaust administrative remedies.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Copies to:

Jimmie D. Ross
Pamela A. Ross
230 Lexington Place
Sevierville, TN 37862
    Plaintiffs *pro se*