# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Jimmie D Ross,
Pamela A Ross

**SUMMONS IN A CIVIL CASE**

v.

Case No.: *1:06-cv-963*

United States Government

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jimmie D Ross,
Pamela A Ross
230 Lexington Place,
Sevierville, TN 37862,
865-429-8595

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Court Clerk                                  Date

by _____
    Deputy Clerk

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 6/5/06 _____. The cost of the mailing is $ 6.05

Certified mail # 7005 3110 0002 3682 7939 ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Ray Otis Brooks Jr._     6-12-06
Signature                 Date

**Certified Mail Receipt #1**

- Postage: $1.83
- Certified Fee: $4.25
- Postmark: 5/31/06 suite
- Total Postage & Fees: $6.05
- Sent To: Kenneth Weinstein, US Atty, 501 3rd St NW, Wash DC 20001-2760
- Article Number: 7005 3110 0002 3682 7922

**Return Receipt #1 (PS Form 3811, February 2004)**

- Article Addressed to: Kenneth L. Weinstein, US Atty, DC, 501 3rd St NW, Wash, DC 2001-2760
- A. Signature: X
- B. Received by (Printed Name): J. Robinson
- C. Date of Delivery: 6/5/11 [?]
- Service Type: ☒ Certified Mail, ☒ Return Receipt for Merchandise
- Article Number: 7005 3110 0002 3682 7922

---

**Certified Mail Receipt #2**

- Postage: $1.83
- Certified Fee: $4.25
- Postmark: 5/31/06 suite
- Total Postage & Fees: $6.05
- Sent To: Alberto Gonzales, US Atty Gen, 950 Penn. Ave NW, Wash DC 20530-0009
- Article Number: 7005 3110 0002 3682 7939

**Return Receipt #2 (PS Form 3811, February 2004)**

- Article Addressed to: Alberto Gonzales, US Atty General, 950 Penn. Ave NW, Washington DC 20530-0009
- A. Signature: X [signed]
- B. Received by: JUN 5 2006
- Service Type: ☒ Certified Mail, ☒ Return Receipt for Merchandise
- Article Number: 7005 3110 0002 3682 7939

---

RECEIVED

JUN 16 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT