# United States District Court
FOR THE DISTRICT OF COLUMBIA

Jimmie D Ross,
Pamela A Ross

**SUMMONS IN A CIVIL CASE**

v.

Case No.: 1:06-cv-963

United States Government

To:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jimmie D Ross,
Pamela A Ross
230 Lexington Place,
Sevierville, TN 37862,
865-429-8595

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____       _____
Court Clerk                                                            Date

by _____
    Deputy Clerk

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 6/5/06 _____. The cost of the mailing is $ 6.05

Certified mail # 7005 3110 0002 3682 7922

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Ray Otis Brooks Jr._
Signature

6-12-06
Date

Case 1:06-cv-00963-JDB   Document 4   Filed 06/16/2006   Page 3 of 3



RECEIVED
JUN 16 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT