UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMIE D. ROSS, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>**Defendant.** | Civil Action No. 06-0963 (JDB) |

**ORDER**

On May 31, 2006, this Court issued an Order directing plaintiffs to show cause why this action should not be dismissed for failure to exhaust administrative remedies, pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs' response was due by not later than June 21, 2006, but has not yet been received. Accordingly, it is hereby

**ORDERED** that plaintiffs shall respond to the Order issued on May 31, 2006 by not later than June 29, 2006, or this action may be dismissed for failure to prosecute.

**SO ORDERED**.

                                                                                          /s/
                                                                              JOHN D. BATES
                                                                       United States District Judge

Date:  June 22, 2006

Copies to:

Jimmie D. Ross
Pamela A. Ross
230 Lexington Place
Sevierville, TN 37862
         Plaintiffs *pro se*