IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS & <br> PAMELA A. ROSS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:06-cv-00963 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: August 4, 2006.

                                                    Respectfully submitted,

                                                    /s/ Jennifer L. Vozne
                                                    JENNIFER L. VOZNE
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 227
                                                    Ben Franklin Station
                                                    Washington, DC 20044
                                                    Phone/Fax: (202) 307-6555/514-6866
                                                    Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1844455.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on August 4, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>JIMMIE D. ROSS
>PAMELA A. ROSS
>*Plaintiff pro se*
>230 Lexington Place
>Sevierville, TN 37862

>       /s/ Jennifer L. Vozne
>       JENNIFER L. VOZNE

1844455.1