# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

Jimmie D Ross
Pamela A Ross

No: 1:06-cv-00963 JDB

RESPONSE TO MOTION
TO DISMISS

Plaintiff(s),

v.

United States (Government)

Defendant.

Plaintiff hereby responds:

Defendant has moved to dismiss the above-captioned action for lack of subject matter jurisdiction. Defendant's motion fails as follows:

### EXHAUSTION

Defendant raised only one issue in its motion to dismiss for lack of subject matter jurisdiction.

Plaintiff has filed an administrative claim with the Internal Revenue Service, Area 8, Area Director, Nashville, 801 Broadway, MDP1, Nashville, TN 37203.

For the above reasons plaintiff(s) request(s) the Court deny defendants' motion.

Respectfully,

Dated 08/14 , 2006

Jimmie D Ross
230 Lexington Place
Sevierville, TN 37862

Pamela A Ross
230 Lexington Place
Sevierville, TN 37862

Jimmie D Ross v United States
(Government) No. 1:06-cv-00963

Page 1 of 2

RESPONSE TO MOTION TO DISMISS /
MOTION FOR SUMMARY JUDGMENT
ALTERNATIVE MOTION TO BIFURCATE

RECEIVED

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On the above inscribed date before the undersigned, a Notary Public for the State of Tennessee, personally appeared, Jimmie D Ross, Pamela A Ross known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that the facts herein are true according to his/her/their best knowledge and belief and that he/she/they executed the same as his/her/their free act and deed.

Notary State of Tennessee                    5/18/10

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Jennifer Vozne
U.S. Dept. of Justice
P. O. Box 227
Washington DC 20044

Dated _08/14_ 2006

Jimmie D Ross