IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMIE D. ROSS & <br> PAMELA A. ROSS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:06-cv-00963 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF GARY A. LONGLEY

I, Gary A. Longley, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. My official title is revenue officer advisor/reviewer, Small Business/Self-Employed Advisory Insolvency & Quality, Technical Services Advisory, Gulf States Territory, Advisory Group 1, Internal Revenue Service ("Technical Services") in Nashville, Tennessee.

2. In my capacity as revenue officer advisor/reviewer, I am familiar with the requirements set forth in 26 C.F.R. § 301.7433-1(e), describing what must be included in an administrative claim for damages and where such claim must be sent.

3. I reviewed the Service's records, as maintained by the Technical Services office in Nashville, Tennessee, to determine whether Jimmie D. Ross or Pamela A. Ross filed an administrative claim for damages under 26 U.S.C. § 7433. Specifically, I reviewed the Integrated Collection System history entries.

4. As of the date of this declaration, the Technical Services office in Nashville, Tennessee does not have record of either plaintiff filing an administrative claim for damages since August 14, 2004.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2006.

*Gary A. Longley*
GARY A. LONGLEY
Revenue Officer Advisor/Reviewer
Internal Revenue Service
Nashville, TN