UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMIE D. ROSS, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES GOVERNMENT,**<br><br>**Defendant.** | Civil Action No.  06-0963 (JDB) |

### ORDER

Plaintiffs filed an amended complaint on August 16, 2006, after defendant filed a motion to dismiss the original complaint. Under Fed. R. Civ. P. 15(a), a party may amend its pleading "once as a matter of course at any time before a responsive pleading is served." A motion to dismiss is not a responsive pleading. James V. Hurson Associates, Inc. v. Glickman, 229 F.3d 277, 283 (D.C. Cir. 2000). Furthermore, an amended complaint supersedes the original complaint, and thus becomes the operative complaint in the litigation. See Adams v. Quattlebaum, 219 F.R.D. 195, 197 (D.D.C. 2004); see generally 6 Charles Alan Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading.") (footnotes omitted).

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss the original complaint is denied without prejudice; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 15(a), defendant shall file its response to the amended complaint by not later than August 30, 2006. If a motion to dismiss is filed, plaintiff's response shall be filed by not later than September 13, 2006, and defendant's reply shall be filed by not later than September 22, 2006.

/s/<br>JOHN D. BATES<br>United States District Judge

Date:  August 25, 2006