UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMIE D. ROSS, et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**UNITED STATES,**<br><br>    **Defendant.** | Civil Action No.  06-0963 (JDB) |

## ORDER

Upon consideration of [#13] defendant's motion to dismiss the amended complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the amended complaint is **DISMISSED** without prejudice.

                                         /s/
                                 JOHN D. BATES
                           United States District Judge

Date:  November 10, 2006