IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| JIMMIE D. ROSS & <br> PAMELA A. ROSS, | ) <br> ) <br> ) | | |
| Plaintiffs, | ) <br> ) | No. 1:06-cv-963 (JDB) | |
| v. | ) <br> ) | | |
| UNITED STATES, | ) <br> ) | | |
| Defendant. | ) | | |

## ENTRY OF APPEARANCE

Please enter the appearance of Pat S. Genis in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: December 29, 2006.          Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2128361.1

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on December 29, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>JIMMIE D. ROSS
>PAMELA A. ROSS
>*Plaintiffs pro se*
>230 Lexington Place
>Sevierville, TN 37862

>     /s/ Pat S. Genis
>PAT S. GENIS, #446244